Jenny S. Choi, SBN 285839
jchoi@fordharrison.com
Ford & Harrison LLP
350 South Grand Avenue
Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Petitioner,
WEST HILLS HOSPITAL dba
WEST HILLS HOSPITAL &
MEDICAL CENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST HILLS HOSPITAL dba WEST HILLS HOSPITAL & MEDICAL CENTER,<br><br>Petitioner,<br><br>v.<br><br>SEIU-UNITED HEALTHCARE WORKERS WEST,<br><br>Respondent. | Case No.<br><br>**PETITION TO VACATE ARBITRATION AWARD** |

Petitioner, West Hills Hospital dba West Hills Hospital & Medical Center ("West Hills") hereby alleges and complains against Respondent, SEIU-United Healthcare Workers West ("Union") as follows:

## INTRODUCTION

1. By this Petition and the accompanying Motion to Vacate Arbitration Award ("Motion"), incorporated herein by reference, West Hills petitions the Court for an order vacating an February 7, 2023 arbitration award issued by Arbitrator Edward Scholtz on the dispute submitted by the Union arising under a Collective Bargaining Agreement ("CBA"). West Hills brings this Petition and the accompanying Motion under Section 301 of the Taft-Hartley Labor Management

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:13882878.1

PETITION TO VACATE
ARBITRATION AWARD

Relations Act, 29 U.S.C. § 185, as amended (the "LMRA").

## PARTIES

2. West Hills is an acute care hospital located in West Hills, California.

3. The Union is a labor organization under Section II of the Labor Management Relations Act, 29 U.S.C. § 152. The Union has offices in Los Angeles, California and represents a group of healthcare workers including Clinical Lab Scientists who work for West Hills. The Union and West Hills are parties to a CBA.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this matter pursuant to the LMRA and pursuant to 28 U.S.C. §§ 1331 and 1337. Venue is proper because West Hills and the Union are within the geographical boundaries of the United States District Court for the Central District of California, and the arbitration award at issue was made within the geographical boundaries of the United States District Court for the Central District of California. 29 U.S.C. § 185(a), (c); 9 U.S.C. § 10(a).

## TIMELINESS

5. This Petition and the accompanying Motion are timely because they were filed and served within three months and within 100 days of the arbitration award at issue. *See* 9 U.S.C. § 12 (notice of motion to vacate award under FAA must be served within three (3) months after the award is filed or delivered); Cal. Civ. Proc. Code § 1288 (petition to vacate award under CAA must be filed and served within 100 days of service of a signed copy of award); *San Diego County District Council of Carpenters of United Brotherhood of Carpenters & Joiners of America v. Cory*, 985 F.2d 1137, 1139 (9th Cir. 1982) (CAA's 100-day limitation period applies to petitions under LMRA because the LMRA does not contain a separate limitations period).

///

WSACTIVELLP:13882878.1
/CASE NO.
- 2 -
PETITION TO VACATE ARBITRATION AWARD
FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

## GROUNDS FOR RELIEF

6. As set forth in further detail in the accompanying Motion, the arbitration award must be vacated.

7. The arbitrator exceeded his authority under the CBA because the award ignores the plain language of the CBA and improperly modifies the terms and conditions of the CBA. As such, the award fails to derive its essence from the CBA and the award must be vacated.

## PRAYER

WHEREFORE, West Hills prays for judgment as follows:

1. That the February 7, 2023 arbitration award be vacated;

2. That West Hills be awarded its reasonable costs incurred in bringing this Petition to Vacate; and

3. That West Hills be awarded such other and further relief as the Court may deem appropriate and proper.

Dated: April 14, 2023

Respectfully submitted,

FORD & HARRISON LLP

By: *Jenny S. Choi*
Jenny S. Choi
Attorney for Petitioner
WEST HILLS HOSPITAL dba
WEST HILLS HOSPITAL &
MEDICAL CENTER

WSACTIVELLP:13882878.1
/CASE NO.
- 3 -
PETITION TO VACATE ARBITRATION AWARD
FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES